STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

LEIF DAUTCH (CABN 283975)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7534
    FAX: (415) 436-7200
    Leif.Dautch@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 22-CR-00048-CRB |
| Plaintiff, | [PROPOSED] DETENTION ORDER |
| v. | |
| CYRIL HANNA, | |
| Defendant. | |

    This Court held detention hearings on September 13, 2022, and September 20, 2022 in this matter. Defendant Cyril Hanna was present and represented by Robin Linsenmayer. Assistant United States Attorney Leif Dautch appeared for the government. The government moved for remand based on an alleged violation of Mr. Hanna's pretrial release conditions, and the defendant opposed. The government submitted briefing on the issue of detention supported by a declaration and three video exhibits, and counsel for both parties provided argument regarding detention at the hearings.

    Upon consideration of the exhibits, proffers, arguments presented, and for the reasons stated on the record, the Court finds by clear and convincing evidence that Mr. Hanna violated a condition of release by failing to follow the halfway house's rules about movement within the facility. 18 U.S.C. § 3148(b)(1)(B). The Court does not make any findings related to Mr. Hanna's alleged involvement in

the "fishing" incident.  The Court also finds that Mr. Hanna is unlikely to abide by any condition or combination of conditions of release.  18 U.S.C. § 3148(b)(2)(B).  Accordingly, the defendant must be detained pending his sentencing in this matter.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: September 20, 2022

HONORABLE ALEX G. TSE
United States Magistrate Judge