ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

LEIF DAUTCH (CABN 283975)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7534
    FAX: (415) 436-7234
    Leif.Dautch@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 22-CR-048-CRB (TSH) |
| Plaintiff, | [~~PROPOSED~~] DETENTION ORDER |
| v. | |
| CYRIL HANNA, | |
| Defendant. | |

On September 13, 2024, a Form 12 petition was filed alleging that Cyril Hanna violated the conditions of his federal supervised release as a result of his arrest in Concord, California for armed robbery and unlawful possession of a firearm.

This matter came before the Court on November 27, 2024 for a detention hearing. The defendant was present and represented by Daniel Blank. Assistant United States Attorney Leif Dautch appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention. The government also filed a written memorandum in support of detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds that the defendant has not carried his burden under Rule 32.1(a)(6) of the

Federal Rules of Criminal Procedure of establishing by clear and convincing evidence that there are any conditions of release that will ensure the defendant will not pose a danger to any other person or to the community. This finding is based on the serious nature of the Form 12 charges, which allege that Hanna was involved in an armed robbery with threats of violence against three victims. Accordingly, the defendant must be detained pending adjudication of his Form 12 petition.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons. This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Accordingly, IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: December 3, 2024

HONORABLE THOMAS S. HIXSON
United States Magistrate Judge