BRIAN P. BERSON, ESQ.
1000 Brannan St., Suite 488
San Francisco, CA 94103
California State Bar No. 130249
brian@bersonlaw.net
Telephone No.:(415)788-2707
Facsimile No.:(415)522-5206

Attorney for Defendant
CYRIL HANNA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CYRIL HANNA ,<br><br>Defendant. | **Case No.: CR 22-48 CRB**<br>STATUS AND SENTENCING MEMORANDUM<br><br>DATE: April 23, 2025<br>TIME: 10:00 am<br>COURTROOM: Honorable Judge Breyer |

This case is set for status conference on April 23, 2025 at 10:00 a.m. regarding Mr. Hanna's pending Form 12 violation. Pursuant to an agreement between the parties, Mr. Hanna wishes to plead no contest to the supervised release (SR) violations and asks that he be sentenced the same day.

The statutory guidelines are 18-24 months. However, the parties agreed that the government will ask for no more than 16 months custody with no SR to follow. The defense agreed to ask for no less than 12 months, with no SR to follow.

Both sides fulfilled their agreement, which the Court authorized, allowing Mr. Hanna to be temporarily released in order to attend the birth of his child and to assist the mother

with prenatal care. We're happy to report that the baby, Mr. Hanna's first child, was born on March 11, 2025. She and the mother are both healthy. Mr. Hanna is grateful to the Court, AUSA Dautch and USPO Tinoco for allowing him to leave custody in order to do the above.

The baby isn't old enough to receive her immunizations, so will not be attending the court appearance, but counsel will bring photographs to the hearing.

Pursuant to the agreement, Mr. Hanna intends to enter a no contest plea to the charges at the April 23, 2025 hearing and requests that sentencing occur right after that. He further requests that the Court sentence him to 12 months with no supervision to follow.

Date: April 18, 2025

Respectfully submitted,

/s/
Brian P Berson
Attorney for Cyril Hanna