9/28/25

TO WHOM IT MAY CONCERN

Hello,

My NAME IS CYRIL HANNA IV REG# 74412509
I AM CURENTLY SERVING OUT MY SENTENCE
AT FCI VICTORVILLE 1 AND WOULD
LIKE TO MAKE A SMALL REQUEST IF
POSSIBLE TO RECIEVE:

1. MY JUDGMENT OF CONVICTION
2. MY SENTENCING TRANSCRIPTS
3. MY DOCKET SHEET

I WOULD LIKE TO THANK YOUR OFFICE
IN ADVANCE FOR YOUR TIME AND ENERGY
YOU ARE VERY MUCH APPRECIATED
HAVE A GREAT DAY AND GOD BLESS

SINCERALY

CYRIL T. HANNA IV

# CERTIFICATE OF SERVICE BY UNITED STATES MAIL

I, ______________________________, hereby certify that I have served a true and correct copy of the attached MOTION FOR TRIAL OR DISPOSITION OF ALL CHARGES - BY A PRISONER IN FEDERAL CUSTODY ______________________________, by placing the same into a sealed envelope with First-class postage fully pre-paid, and submitting the legal envelope to prison officials at FCI Victorville Complex - Medium I , Mailroom Staff, in accordance with the Federal Bureau of Prisons "**Special Mail**" procedures, and pursuant to the provisions of **Houston v. Lack**, 487 U.S. 266, 108 S. Ct. 2379, 101 L.Ed.2d 245 (1988), for delivery to the local Post Office, addressed to: ______________________________

______________________________

______________________________

______________________________

______________________________.

I declare under the penalty of perjury that the foregoing statements are true and correct pursuant to the laws of the United States of America.

EXECUTED and DATED this _____ day of ______________,

Respectfully submitted,

______________________________
Declarant

CYRIL HANNA # 74412509
VICTORVILLE FCI 1
P.O. BOX 3725
ADELANTO, CA 92301-0708

SN BERNARDINO CA 923
1 OCT 2025 PM 4 L



RECEIVED
OCT 6 2025
pro se
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SF FEDERAL OFFICE of CLERK
450 GOLDEN GATE AVE
SAN FRANCISCO, CA
94102

94102-340945